IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON D. JENKINS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 233-SMY |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondents. | ) |

# ORDER

**YANDLE, District Judge:**

In February 2020, Petitioner Antwon Jenkins filed a Petition seeking to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. He has since filed several motions including, Motion for Copies and Status (Docs. 33, 40), Motion for Evidentiary Hearing (Doc. 31), Renewed Motion for Transcripts and Discovery (Doc. 32), Motion to Supplemental Motion for Release pending Habeas Review (Doc. 34), Motions for Release pending Habeas Review (Doc. 27), and various motions to supplement the habeas petition (Docs. 35, 36, 38, 39). The Court denied all motions with the exception of the motion for copies and status. Jenkins filed a Notice of Appeal regarding the Court's rulings on March 3, 2023 (Doc. 41). Now before the Court is his Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 46).

A motion for leave to appeal IFP in a criminal case is governed by the Criminal Justice Act, 18 U.S.C. § 3006A, under which the only relevant inquiry is a defendant's financial ability to retain counsel. *United States v. Dunham*, 922 F.3d 847 (7th Cir. 2019) (Wood, C.J., in chambers). Jenkins has provided necessary details regarding his financial condition, from which the Court finds that he is indigent and unable to retain counsel (Doc. 46). Accordingly, his Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

IT IS SO ORDERED.

DATE:  April 19, 2023

_____
**STACI M. YANDLE**
**United States District Judge**